No. 91-426. WELTMAN *v.* SILNA ET AL. C. A. 8th Cir. Certiorari denied.

No. 91-433. CAMPBELL *v.* SCHWARTZ, GRIEVANCE ADMINISTRATOR, MICHIGAN ATTORNEY GRIEVANCE COMMISSION. Sup. Ct. Mich. Certiorari denied.

No. 91-435. MCKNIGHT *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 91-438. KROLL *v.* BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 91-440. GOLDBERG & FELDMAN FINE ARTS, INC., ET AL. *v.* AUTOCEPHALOUS GREEK-ORTHODOX CHURCH OF CYPRUS ET AL. C. A. 7th Cir. Certiorari denied.

No. 91-442. WILLIAMS *v.* CITY OF NORTHPORT ET AL. C. A. 11th Cir. Certiorari denied.

No. 91-445. BOYD *v.* SCHILDKRAUT GIFTWARE CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 91-446. CASTELLANO ET AL. *v.* BOARD OF TRUSTEES OF THE POLICE OFFICERS' VARIABLE SUPPLEMENTS FUND ET AL. C. A. 2d Cir. Certiorari denied.

No. 91-449. STRATAGENE *v.* HUSE ET AL. C. A. Fed. Cir. Certiorari denied.

No. 91-454. DEVANEY *v.* XEROX CORP. C. A. 9th Cir. Certiorari denied.

No. 91-456. ROSSY *v.* ROCHE PRODUCTS, INC. C. A. 1st Cir. Certiorari denied.

No. 91-461. FISHER SCIENTIFIC CO. *v.* COLGAN. C. A. 3d Cir. Certiorari denied.

No. 91-462. FERNANDEZ *v.* BANK OF AMERICA, NATIONAL TRUST & SAVINGS ASSN. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 91-467. ELBAUM *v.* EBSCO INDUSTRIES, INC. C. A. 11th Cir. Certiorari denied.